# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **SRI International, Inc.**, a California corporation,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br><br>**Dell Inc.**, a Delaware corporation,<br>**SecureWorks Inc.**, a Georgia corporation,<br><br>　　　　　　　　Defendants. | C.A. No. 13-737-SLR-SRF |

## REVISED STIPULATION AND PROPOSED ORDER
## REGARDING DEPOSITIONS OF TRIAL WITNESSES

WHEREAS, the Court issued a Scheduling Order on August 29, 2013 (D.I. 23), governing the schedule of the above-captioned matter, that was later replaced by the Revised Scheduling Order (D.I. 68);

WHEREAS the Scheduling Order and the Revised Scheduling Order included, in paragraph 7, the Court's standard (at that time) provision regarding depositions of witnesses on a party's trial witness list;

WHEREAS the parties in good faith relied on this provision and planned their depositions with this provision in mind;

WHEREAS, on February 6, 2015, the Court entered an Order amending paragraph 7 of the Court's patent scheduling order to eliminate certain aspects of the prior paragraph 7, namely the parties' "right to depose any such fact witnesses who have not previously been deposed in this case." D.I. 115;

WHEREAS, the parties submitted a proposed stipulation and order seeking to re-institute the prior paragraph 7.  D.I. 124;

WHEREAS, the Court issued an Oral Order on February 27, 2015 denying the proposed stipulation without prejudice to renew with more specific information as to the total number of additional fact witnesses the parties are seeking to depose; the number of additional hours, if any, required for the purpose of taking such depositions; and the date of the proposed extension, if any;

WHEREAS, the parties have met and conferred in good faith to narrow the number of witnesses in question that would be affected by the new scheduling provision;

WHEREAS, the parties have identified Mr. Jon Ramsey, Dell SecureWorks' Executive Director and Chief Technical Officer, as the only additional fact witnesses the parties are seeking to depose outside of the current fact discovery deadline;

WHEREAS, SRI only seeks to depose Mr. Ramsey if Dell decides to call Mr. Ramsey at trial;

WHEREAS, Dell is uncertain at this stage in the case whether Mr. Ramsey will be called as a fact witness at trial and there is a possibility that Dell may not seek to call Mr. Ramsey as a witness;

WHEREAS the parties seek to avoid the unnecessary business disruption and burden to the extent Mr. Ramsey's testimony proves not to be necessary at trial;

WHEREFORE, IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that:  SRI shall be permitted to take the deposition of Mr. Ramsey, limited to seven (7) hours, and such deposition shall be held within one (1) month after service of Dell's list of rebuttal fact witnesses, and SRI shall only be permitted to take the deposition if Mr. Ramsey is listed on either Dell's fact witness or rebuttal fact witness list;

IT IS HEREBY FURTHER STIPULATED by the parties, subject to the approval of the Court, if the Court does not approve the parties' stipulation above, that: SRI shall be permitted to take the deposition of Mr. Ramsey, limited to seven (7) hours, and such deposition shall be held before the close of expert discovery and SRI shall not be permitted to take the deposition if at any time beforehand Dell confirms that it will not be calling Mr. Ramsey as a fact witness at trial.

| FISH & RICHARDSON PC | DRINKER BIDDLE & REATH LLP |
|---|---|
| */s/ Warren K. Mabey, Jr.* <br> Thomas L. Halkowski (#4099) <br> Warren K. Mabey, Jr. (#5775) <br> 222 Delaware Avenue, 17th Fl. <br> Wilmington, DE 19801 <br> (302) 652-5070 <br> halkowski@fr.com <br> mabey@fr.com <br><br> *Attorneys for Plaintiff SRI International, Inc.* | */s/ Francis DiGiovanni* <br> Francis DiGiovanni (#3189) <br> 222 Delaware Ave., Ste. 1410 <br> Wilmington, DE 19801 <br> (302) 467-4200 <br> Francis.DiGiovanni@dbr.com <br><br> *Attorneys for Defendants Dell Inc. and SecureWorks Inc.* |

SO ORDERED this _____ day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE